UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Tabresha Ritter, | ) | CASE NO.2:24-cv-06326-DCN |
| Plaintiff, | ) | |
| vs. | ) | **CONSENT MOTION TO AMEND** |
| | ) | **SCHEDULING ORDER** |
| Jamar Lamont Williams and Vistar Transportation, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This Consent Motion to Amend Conference and Scheduling Order amends the previously entered Amended Conference and Scheduling Order [ECF 11] filed April 21, 2025.

The reason for this new motion is that the undersigned counsel for the parties require additional time to complete discovery, schedule mediation and, if necessary, trial of the case.

The undersigned have agreed to a Second Amended Conference and Scheduling Order which is attached, and which extends the dates in the Amended Scheduling Order [ECF 11] entered April 21, 2025, As follows:

1. Plaintiff's expert witness disclosures: **September 15, 2025**
2. Defendants' expert witness disclosures: **October 15, 2025**
3. Discovery deadline: **January 16, 2026**
4. Mediation deadline: **December 1, 2025**
5. Dispositive motions: **February 6, 2026**
6. Trial: **March 23, 2026**

The Parties hereby move the Court for an extension of the deadlines set forth in the current Amended Conference and Scheduling Order as set forth in the proposed order, which is being submitted herewith.

1

**I SO MOVE:**

*s/T. David Rheney*
T. David Rheney, Federal ID No. 5030
E. Hood Dawson, Federal ID No. 13025
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200 (29601)
Post Office Box 10589
Greenville, South Carolina 29603
864-271-9580
drheney@gwblawfirm.com
hdawson@gwblawfirm.com
*Attorneys for Jamar Lamont Williams and Vistar Transportation, LLC*


**WE SO CONSENT:**

*s/James G. Biggart, II*
James G. Biggart, II, Federal ID No. 106477
Cooper Klaasmeyer, Federal ID No. 14272
MORGAN & MORGAN, P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, South Carolina 29405
843-973-5186
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
*Attorneys for the plaintiff*

2