**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Tabresha Ritter, | ) | |
| Plaintiff, | ) | |
| vs. | ) | C.A. No.: 2:24-cv-06326-DCN |
| | ) | |
| Jamar Lamont Williams and Vistar | ) | **CONSENT MOTION TO AMEND** |
| Transportation, LLC, | ) | **CONFERENCE AND SCHEDULING** |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

This Consent Motion to Amend Conference and Scheduling Order amends the previously entered Second Amended Conference and Scheduling Order [ECF 16] filed December 2, 2025.

The reason for this new motion is that the undersigned counsel for the parties require additional time to complete discovery, schedule mediation and, if necessary, trial of the case.

The undersigned have agreed to a Third Amended Scheduling Order which is attached, and which extends the dates in the Second Amended Conference and Scheduling Order [ECF 16] entered December 2, 2025, as follows:

1. Plaintiff's expert witness disclosures: **May 1, 2026**

2. Defendants' expert witness disclosures: **May 29, 2026.**

3. Discovery deadline: **August 14, 2026.**

4. Mediation deadline: **April 1, 2026.**

5. Dispositive motions: **September 15, 2026.**

6. Trial: **October 1, 2026.**

The Parties hereby move the Court for an extension of the deadlines set forth in the Second Amended Conference and Scheduling Order as set forth in the proposed order, which is being submitted herewith.

1

**WE SO MOVE:**

*s/Michael W. Rabb*
T. David Rheney, Federal ID No. 5030
Michael W. Rabb, Federal ID No. 13129
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200 (29601)
Post Office Box 10589
Greenville, South Carolina 29603
864-271-9580
drheney@gwblawfirm.com
hdawson@gwblawfirm.com

*Attorneys for Defendants, Jamar Lamont Williams
and Vistar Transportation, LLC*

**WE SO CONSENT:**

*s/Cooper Klaasmeyer*
James G. Biggart, II, Federal ID No. 14195
Cooper Klaasmeyer, Federal ID No. 14272
MORGAN & MORGAN, P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, South Carolina 29405
843-973-5186
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com

*Attorneys for Plaintiff, Tabresha Ritter*

2