**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Tabresha Ritter, | ) | C.A. No.: 2:24-cv-06326-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS' JAMAR LAMONT** |
| v. | ) | **WILLIAMS AND VISTAR** |
| | ) | **TRANSPORTATION, LLC'S RULE** |
| Jamar Lamont Williams and Vistar | ) | **26(A)(2) EXPERT WITNESS** |
| Transportation, LLC, | ) | **DISCLOSURES** |
| | ) | |
| Defendants. | ) | |

Defendants, Jamar Lamont Williams and Vistar Transportation, LLC (hereinafter "Defendants"), by and through their undersigned counsel, hereby submit the following expert witness disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and the operative scheduling order:

1. James A. O'Leary, MD
   Midlands Orthopaedics and Neurosurgery, P.A.
   Columbia, South Carolina

   Dr. O'Leary will testify to his opinion concerning the plaintiff's injuries and medical treatment received in connection with the accident giving rise to this case as it relates to her prior medical history.

2. Benjamin A. Schell, MD, MS
   Southeastern Spine Institute
   Mt. Pleasant, South Carolina

   Dr. Schell will testify to his opinion concerning the plaintiff's injuries and medical treatment received in connection with the accident giving rise to this case as it relates to her prior medical history.

3. Brian M. Boggess, P.E.
   SEA, Ltd.
   3139 Westinghouse Boulevard
   Charlotte, NC 28273

Mr. Boggess will testify concerning his reconstruction and biomechanical analysis of the motor vehicle collision at issue and his opinion as to its exposure and injury risk of the same.

All documents required by Fed. R. Civ. P. 26(a)(2)(B) have been produced via electronic mail to all counsel of record.  Defendants reserve the right to supplement these disclosures as this matter progresses towards trial.

Respectfully submitted,

*s/T. David Rheney*
T. David Rheney, Fed. ID No. 5030
GALLIVAN, WHITE & BOYD, P.A.
Post Office Box 10589
Greenville, South Carolina 29603
864-271-9580
864-271-7502 FAX
drheney@gwblawfirm.com

Attorney for Defendants, Jamar Lamont Williams and Vistar Transportation, LLC

Greenville, South Carolina

May 29, 2026

-2-