**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Tabresha Ritter, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C.A. No.: 2:24-cv-06326-DCN |
| | ) | |
| Jamar Lamont Williams and Vistar | ) | **CONSENT MOTION TO AMEND THE** |
| Transportation, LLC, | ) | **THIRD AMENDED CONFERENCE** |
| | ) | **AND SCHEDULING ORDER** |
| Defendants. | ) | |
| | ) | |

This Consent Motion to Amend Conference and Scheduling Order amends the previously entered Third Amended Conference and Scheduling Order [ECF 20] filed March 20, 2026.

The reason for this new motion is that the undersigned counsel for the parties require additional time to complete discovery in preparation for the trial of the case.

The undersigned have agreed to a Fourth Amended Scheduling Order which is attached, and which extends the dates in the Third Amended Conference and Scheduling Order [ECF 20] entered March 20, 2026, as follows:

1. Plaintiff's expert witness disclosures: **May 1, 2026**

2. Defendants' expert witness disclosures: **May 29, 2026.**

3. Discovery deadline: **October 30, 2026.**

4. Mediation deadline: **April 1, 2026.**

5. Dispositive motions: **November 27, 2026.**

6. Trial: **February 1, 2027.**

The Parties hereby move the Court for an extension of the deadlines set forth in the Fourth Amended Conference and Scheduling Order as set forth in the proposed order, which is being submitted herewith.

1

**WE SO MOVE:**

*s/T. David Rheney*
T. David Rheney, Federal ID No. 5030
E. Hood Dawson, Federal ID No. 13025
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200 (29601)
Post Office Box 10589
Greenville, South Carolina 29603
864-271-9580
drheney@gwblawfirm.com
hdawson@gwblawfirm.com

*Attorneys for Defendants, Jamar Lamont Williams*
*and Vistar Transportation, LLC*


**WE SO CONSENT:**

*s/James G. Biggart, II*
James G. Biggart, II, Federal ID No. 14195
Cooper Klaasmeyer, Federal ID No. 14272
MORGAN & MORGAN, P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, South Carolina 29405
843-973-5186
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com


*Attorneys for Plaintiff, Tabresha Ritter*