**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| Tabresha Ritter, | ) | |
| Plaintiff, | ) | C.A. No.: 2:24-cv-06326-DCN |
| vs. | ) | |
| | ) | **FOURTH AMENDED CONFERENCE** |
| Jamar Lamont Williams and Vistar | ) | **AND SCHEDULING ORDER** |
| Transportation, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District,

the court hereby establishes the following schedule for this case.

1.   Expert Witnesses: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the parties by the following dates:
Plaintiff:      **May 1, 2026**
Defendant:   **May 29, 2026**

2.   Discovery:  Discovery shall be completed no later than **October 30, 2026**.   All discovery requests shall be served in time for the responses thereto to be served by this deadline.  De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

3.   Motions in Limine: Motions in limine must be filed at **least three weeks prior to jury selection.**

4.   Dispositive Motions and Daubert Motions: All dispositive motions and Daubert motions shall be filed on or before **November 27, 2026**.[1]

5.   Mediation: Pursuant to Local Civil Rule 16.04-.12, mediation shall be completed in this case on or before **April 1, 2026**.[2] Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Rule 16.03.

---

[1] The court routinely schedules hearings on substantive motions.   The court will not consider arguments raised at hearings that were not included in the parties' briefs nor will the court consider any new arguments raised in a reply brief.
[2] Standing Order to Conduct Mediation of Judge Norton, which sets forth additional mediation requirements applicable to this case available at www.scd.uscourts.gov.

6.      <u>Trial</u>:  This case is subject to being called for jury selection and/or trial on or after **February 1, 2027**.


Date: _____                    _____
                                           David C. Norton
Charleston, South Carolina                 United States District Judge